IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

MAY 2 6 2026

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By_____

UNITED STATES OF AMERICA     :
    :
v.     :     1:26CR112-1
    :
DION ISAAC JOHNSON     :

The Grand Jury charges:

## COUNT ONE

On or about January 7, 2026, in the County of Guilford, in the Middle District of North Carolina, DION ISAAC JOHNSON knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about January 28, 2026, in the County of Guilford, in the Middle District of North Carolina, DION ISAAC JOHNSON knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United

States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT THREE

On or about February 23, 2026, in the County of Guilford, in the Middle District of North Carolina, DION ISAAC JOHNSON knowingly and intentionally did unlawfully possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

DATED: May 26, 2026

DAN BISHOP
United States Attorney

BY: MARY ANN COURTNEY
Assistant United States Attorney

A TRUE BILL:

███████████████

FOREPERSON

2